

FLOWERS, V.

v.

**69TH STREET RETAIL OWNER, LP**

**2250 EDA 2016**

Superior Court of Pennsylvania.

04/13/2017

2014–006766 (Delaware)

Appeal Dismissed

**IN the INTEREST OF:**
**T.M.B., a Minor**

**2854 EDA 2016**

Superior Court of Pennsylvania.

4/13/2017

CP–51–AP–0000649–2016
CP–51–DP–0001530–2015
(Philadelphia)

Affirmed

**IN the INTEREST OF:**
**M.A.H., a Minor**

**2855 EDA 2016**

Superior Court of Pennsylvania.

04/13/2017

CP–51–AP–0000082–2016, CP–51–DP–0001190–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF:**
**M.S.S.H., a Minor**

**2856 EDA 2016**

Superior Court of Pennsylvania.

04/13/2017

CP–51–AP–0000084–2016, CP–51–DP–0001191–2014 (Philadelphia)

Affirmed

**COM.**

v.

**MUHAMMAD, M.**

**724 EDA 2017**

Superior Court of Pennsylvania.

04/13/2017

CP–51–CR–0005336–2010 (Philadelphia)

Affirmed

**COM.**

v.

**BRADDOCK, K.**

**1998 MDA 2015**

Superior Court of Pennsylvania.

04/13/2017

CP–21–CR–0000415–2015 (Cumberland)

Affirmed/Vacated/Remanded

